UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MONICA REED,

        Plaintiff.

    v.

CAROLYN W. COLVIN,

        Defendant.

Case No. 14-cv-00547-MEJ

**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

Re: Dkt. No. 2

Plaintiff has filed an Application to Proceed *In Forma Pauperis*. Having considered the application and complaint, the Court hereby **GRANTS** Plaintiff's application. The Clerk of Court shall issue the summons. Furthermore, the U.S. Marshal for the Northern District of California shall serve, without prepayment of fees, a copy of the complaint, any amendments or attachments, Plaintiff's affidavit and this order upon Defendant.

    **IT IS SO ORDERED.**

Dated: February 11, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge