UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA REED,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br><br>　　　　Defendant. | Case No. 14-cv-00547-MEJ<br><br>**ORDER TO SHOW CAUSE WHY PLAINTIFF'S MOTION FOR ATTORNEY'S FEES SHOULD NOT BE GRANTED** |

On April 1, 2016, Plaintiff Monica Reed filed a Motion for $13,000 in attorney's fees under 42 U.S.C. §406(b). As Defendant failed to file any opposition by the April 15 deadline, the Court ORDERS Defendant to show cause, if any, why Plaintiff's Motion should not be granted. Defendant shall e-file a declaration by April 21, 2016. No chambers copy is required.

**IT IS SO ORDERED.**

Dated: April 18, 2016

　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　United States Magistrate Judge